B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Goleh, F. Alexander** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6900** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**39975 Cathy Drive**<br>**Fallbrook, CA**<br>ZIP Code **92028-9720** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Goleh, F. Alexander** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**    **/s/ C. Andrew Wariner, SBN:**      **April 26, 2010**<br>       Signature of Attorney for Debtor(s)        (Date)<br>       **C. Andrew Wariner, SBN: 003228** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Goleh, F. Alexander**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ F. Alexander Goleh**
Signature of Debtor **F. Alexander Goleh**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 26, 2010**
Date

### Signature of Attorney*

**X /s/ C. Andrew Wariner, SBN:**
Signature of Attorney for Debtor(s)

**C. Andrew Wariner, SBN: 003228**
Printed Name of Attorney for Debtor(s)

**C. Andrew Wariner, Esq.**
Firm Name

**823 Las Vegas Blvd., South**
**Suite 500**
**Las Vegas, NV 89101**
Address

**Email: awariner@lvbklaw.com**
**(702) 953-0404  Fax: (702) 989-5388**
Telephone Number

**April 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **F. Alexander Goleh**                                                   Case No.
                              Debtor(s)                                           Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ F. Alexander Goleh**
**F. Alexander Goleh**

Date: **April 26, 2010**

Certificate Number: 01356-CAS-CC-010714608

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 22, 2010, at 9:54 o'clock PM EDT,

Alexander Goleh received from

Hummingbird Credit Counseling and Education, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Southern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: April 22, 2010    By    /s/Buford Mobley

Name    Buford Mobley

Title    Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **F. Alexander Goleh**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ADVANTA BANK CORP**<br>**PO BOX 844**<br>**SPRING HOUSE, PA 19477** | **ADVANTA BANK CORP**<br>**PO BOX 844**<br>**SPRING HOUSE, PA 19477** | **BusinessCreditCard** | | **121.00** |
| **AURORA LOAN SERVICES**<br>**10350 PARK MEADOWS DRIVE**<br>**LITTLETON, CO 80124** | **AURORA LOAN SERVICES**<br>**10350 PARK MEADOWS DRIVE**<br>**LITTLETON, CO 80124** | **ConventionalRealEstateMortgage** | | **0.00**<br><br>**(Unknown secured)** |
| **Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | **Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | **ConventionalRealEstateMortgage** | | **101,233.00**<br><br>**(Unknown secured)** |
| **BAC HOME LOANS SERVICING**<br>**450 AMERICAN STREET**<br>**SIMI VALLEY, CA 93065** | **BAC HOME LOANS SERVICING**<br>**450 AMERICAN STREET**<br>**SIMI VALLEY, CA 93065** | **ConventionalRealEstateMortgage** | | **144,517.00**<br><br>**(Unknown secured)** |
| **BAC HOME LOANS SERVICING**<br>**450 American St**<br>**Simi Valley, CA 93065** | **BAC HOME LOANS SERVICING**<br>**450 American St**<br>**Simi Valley, CA 93065** | **InstallmentSalesContract** | | **132,831.00**<br><br>**(Unknown secured)** |
| **BANK OF AMERCIA**<br>**PO BOX 17054**<br>**WILMINGTON, DE 19850** | **BANK OF AMERCIA**<br>**PO BOX 17054**<br>**WILMINGTON, DE 19850** | **CreditCard** | | **15,917.00** |
| **BMW FINANCIAL SERVICES**<br>**5515 PARK CENTER CIRCLE**<br>**DUBLIN, OH 43017** | **BMW FINANCIAL SERVICES**<br>**5515 PARK CENTER CIRCLE**<br>**DUBLIN, OH 43017** | **Automobile** | | **0.00**<br><br>**(Unknown secured)** |
| **CAPITAL ONE**<br>**PO BOX 85520**<br>**RICHMOND, VA 23285** | **CAPITAL ONE**<br>**PO BOX 85520**<br>**RICHMOND, VA 23285** | **BusinessCreditCard** | | **137.00** |
| **CBCS**<br>**PO BOX 163250**<br>**COLUMBUS, OH 43216** | **CBCS**<br>**PO BOX 163250**<br>**COLUMBUS, OH 43216** | **Collection DIRECT TV, INC.** | | **148.00** |
| **CHASE**<br>**PO BOX 15298**<br>**WILMINGTON, DE 19850** | **CHASE**<br>**PO BOX 15298**<br>**WILMINGTON, DE 19850** | **CreditCard** | | **20,821.12** |

B4 (Official Form 4) (12/07) - Cont.

In re  **F. Alexander Goleh**                              Case No.
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **CHASE** PO BOX 15298 WILMINGTON, DE 19850 | **CHASE** PO BOX 15298 WILMINGTON, DE 19850 | **CreditCard** | | 663.00 |
| **CHASE** PO BOX 1093 Northridge, CA 91328 | **CHASE** PO BOX 1093 Northridge, CA 91328 | **ConventionalRealEstateMortgage** | | 270,229.00 (Unknown secured) |
| **CHASE** PO BOX 1093 NORTHRIDGE, CA 91328 | **CHASE** PO BOX 1093 NORTHRIDGE, CA 91328 | **ConventionalRealEstateMortgage** | | 150,000.00 (Unknown secured) |
| **CHASE** 3990 S BABCOCK STREET MELBOURNE, FL 32901 | **CHASE** 3990 S BABCOCK STREET MELBOURNE, FL 32901 | **HomeEquityLineOfCredit** | | 106,699.00 (Unknown secured) |
| **CHASE** PO BOX 901039 FORT WORTH, TX 76101 | **CHASE** PO BOX 901039 FORT WORTH, TX 76101 | **HomeEquityLineOfCredit** | | 35,393.00 (Unknown secured) |
| **CMRE FINANCIAL SERVICES, INC.** 3075 E Imperial Hwy Ste Brea, CA 92821 | **CMRE FINANCIAL SERVICES, INC.** 3075 E Imperial Hwy Ste Brea, CA 92821 | **Collection San Dimas Community Hospital** | | 52.00 |
| **DISCOVER FINANCIAL SERVICES, LLC** PO BOX 15316 WILMINGTON, DE 19850 | **DISCOVER FINANCIAL SERVICES, LLC** PO BOX 15316 WILMINGTON, DE 19850 | **CreditCard** | | 154.00 |
| **HSBC BANK** PO BOX 5253 CAROL STREAM, IL 60197 | **HSBC BANK** PO BOX 5253 CAROL STREAM, IL 60197 | **CreditCard** | | 95.00 |
| **MCYDSNB** 9111 DUKE BOULEVARD MASON, OH 45040 | **MCYDSNB** 9111 DUKE BOULEVARD MASON, OH 45040 | **ChargeAccount** | | 46.00 |
| **University Credit Unio** Po Box 240046 Los Angeles, CA 90024 | **University Credit Unio** Po Box 240046 Los Angeles, CA 90024 | **Automobile** | | 22,781.00 (Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.
In re  **F. Alexander Goleh**                                                                                   Case No.
                                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **F. Alexander Goleh**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 26, 2010**               Signature  **/s/ F. Alexander Goleh**
                                                  **F. Alexander Goleh**
                                                  Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.

F. Alexander Goleh
39975 Cathy Drive
Fallbrook, CA 92028-9720

C. Andrew Wariner, SBN:
C. Andrew Wariner, Esq.
823 Las Vegas Blvd., South
Suite 500
Las Vegas, NV 89101

ADVANTA BANK CORP
Acct No xxxxxxxxxxxx2502
PO BOX 844
SPRING HOUSE, PA 19477

AURORA LOAN SERVICES
Acct No xxxxxxxxx2818
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Bac Home Loans Servici
Acct No xxxx3160
450 American St
Simi Valley, CA 93065

BAC HOME LOANS SERVICING
Acct No xxxxx3909
450 AMERICAN STREET
SIMI VALLEY, CA 93065

BAC HOME LOANS SERVICING
Acct No xxxxx2862
450 American St
Simi Valley, CA 93065

BANK OF AMERCIA
Acct No 0012
PO BOX 17054
WILMINGTON, DE 19850

Bank of America
Acct No 0012
aka FIA Card Services
Kennesaw, GA 30144

BMW FINANCIAL SERVICES
Acct No xxxxxx6849
5515 PARK CENTER CIRCLE
DUBLIN, OH 43017

Cap One
Acct No xxxxxxxx5641
Po Box 85520
Richmond, VA 23285

```
CAPITAL ONE
Acct No xxxxxxxx9985
PO BOX 85520
RICHMOND, VA 23285

CBCS
Acct No xxxx5320
PO BOX 163250
COLUMBUS, OH 43216

CHASE
Acct No xxxxxxxxx4703
PO BOX 1093
Northridge, CA 91328

CHASE
Acct No xxxxxxxxxxxxxxxxx2273
3990 S BABCOCK STREET
MELBOURNE, FL 32901

CHASE
Acct No xxxxxxxx1100
PO BOX 901039
FORT WORTH, TX 76101

CHASE
Acct No x0091
PO Box 24696
Columbus, OH 43224

CHASE
Acct No xxxxxxxx1686
PO BOX 15298
WILMINGTON, DE 19850

CLARK COUNTY TREASURER
c/o BANKRUPTCY DEPT
500 S. GRAND CENTRAL PARKWAY
BOX 551220
LAS VEGAS, NV 89155-1220

CMRE FINANCIAL SERVICES, INC.
Acct No xxxxxxxxxxxxxxxx4666
3075 E Imperial Hwy Ste
Brea, CA 92821

DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DISCOVER FINANCIAL SERVICES, LLC
Acct No xxxxxxxx6036
PO BOX 15316
WILMINGTON, DE 19850
```

```
Downey Savings & Loan
Acct No xxxxxx1350
3501 Jamboree Rd Ste 410
Newport Beach, CA 92660

EMERGE/FNBO
Acct No xxxxxxxxxxxx3280
Po Box 105374
Atlanta, GA 30348

EMERGE/FNBO
Acct No xxxxxxxxxxxx8512
P.O. Box 723896
Atlanta, GA 31139-1001

FEB/FRYS
Acct No xxxxxxxxxxxx6240
280 W 10200 S Ste 200
Sandy, UT 84070

FLEET CC
Acct No xxxxxxxx0017
PO BOX 84006
COLUMBUS, GA 31908

GDYR/CBSD
Acct No xxxxxxxxxxxx2500
PO BOX 6497
SIOUX FALLS, SD 57117

GEMB/CHEVRON
Acct No xxxxxxxx2163
4125 WINDWARD PLAZA
Alpharetta, GA 30005

HSBC BANK
Acct No xxxxxxxx3027
PO BOX 5253
CAROL STREAM, IL 60197

ING DIRECT
Acct No xxxxx5182
1 S ORANGE STREET
WILMINGTON, DE 19801

ING DIRECT
Acct No 5182
30 7TH AVE SOUTH
SAINT CLOUD, MN 56301

MCYDSNB
Acct No xxxxxxxx2820
9111 DUKE BOULEVARD
MASON, OH 45040
```

```
National Default Servicing Corporation
7720 N. 16th Street, Suite 300
Phoenix, AZ 85020

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE, #1300
LAS VEGAS, NV 89101

Parker Stansbury, LLP
Acct No 0012
444 South Flower Street
Nineteenth Floor
Los Angeles, CA 90071-2901

PIZER & ASSOCIATES
9601 WILSHIRE BOULEVARD
SUITE 560
BEVERLY HILLS, CA 90210

Realty Mortgage Corp
Acct No xxxx1175
215 Katherine Dr
Flowood, MS 39232

SEARS/CBSD
Acct No xxxxxxxxxxxx3749
PO BOX 6189
SIOUX FALLS, SD 57117

Shedrick O. Davis, III
Acct No xxxxxxxx1686
JP Morgan Chase Legal Department
300 S. Grand Avenue - 4th Floor
Los Angeles, CA 90071

STATE OF NV DEPT OF MOTOR VEHICLES
ATTN:  LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD SOUTH #4300
LAS VEGAS, NV 89101

University Credit Unio
Acct No xxx56L2
Po Box 240046
Los Angeles, CA 90024

UNIVERSITY CREDIT UNION
Acct No xxx56L1
PO BOX 240046
LOS ANGELES, CA 90024
```

```
Visterracu
Acct No xxxxxx6400
23520 Cactus Ave
Moreno Valley, CA 92553

WACHOVIA
Acct No xxxxxxxxx0619
794 DAVIS COURT
San Leandro, CA 94577

Wachovia
Acct No xxxxxxxxx2447
794 Davis Ct
San Leandro, CA 94577

WELLS FARGO HOME MORTGAGE
Acct No xxxxxxxxx2901
8480 STAGECOACH CIRCLE
Frederick, MD 21701

WELLS FARGO HOME MORTGAGE
Acct No xxxxxxxxx6069
8480 Stagecoach Cir
Frederick, MD 21701
```